# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 17-po-5309-JTJ |
| Plaintiff, | VIOLATIONS:<br>6026756 |
| vs. | 6026757<br>6026758 |
| JORDAN KAHANA, | 6026759<br>6026760 |
| Defendant. | |
| | Location Code: M13 |
| | ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $100.00 and a $30.00 processing fee for VN 6026756, $100.00 and a $30.00 processing fee for VN 6026758 and $500.00 and a $30.00 processing fee for VN 6026760.  The total fine amount of $790 will be paid in full on or before January 25, 2018.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363
The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant shall not enter Glacier National Park for one year from the date of this Court's Order unless Mr. Kahana first obtains a Glacier National Park commercial photography permit. The defendant shall also not commit any new criminal offences for six months from the date of this Court's Order.

IT IS FURTHER ORDERED that VN 6026757 and VN 6026759 are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for February 1, 2018, is VACATED.

DATED this 4th day of January 2018.

_____
John Johnston
United States Magistrate Judge